**Order filed August 23, 2013**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00640-CV
_____

### IN THE INTEREST OF R.E.T.R. AND D.D.R., JR., Children

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2012-04492J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a).

The notice of appeal was filed July 23, 2013. The reporter's record was filed August 1, 2013, and the clerk's record was filed August 2, 2013. Appellant's brief was due August 22, 2013, but it has not been filed. According to our records, appellant, C.R.A.J. aka C.R.J., is represented by appointed counsel, **Katie Flynn**.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM